[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

_____

FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT
November 27, 2006
THOMAS K. KAHN
CLERK

No. 06-12881
Non-Argument Calendar

_____

D. C. Docket No. 04-00080-CR-3-MCR

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

JOSE IGNACIO MACIA,

Defendant-Appellant.

_____

Appeal from the United States District Court
for the Northern District of Florida

_____

**(November 27, 2006)**

Before EDMONDSON, Chief Judge, ANDERSON and BARKETT, Circuit
Judges.

PER CURIAM:

Chet Kaufman, appointed counsel for Jose Ignacio Macia in this direct criminal appeal, has moved to withdraw from further representation of the appellant and filed a brief pursuant to <u>Anders v. California</u>, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967).  Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct.  Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED**, and Macia's conviction and sentence are **AFFIRMED**.